UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-2919(DSD/JSM)

MATTHEW JAAKOLA,
KRISTEN JAAKOLA,

          Plaintiffs,

v.                                                                                      **ORDER**

THE BANK OF NEW YORK MELLON,
f/k/a THE BANK OF NEW YORK AS
TRUSTEE for CERTIFICATE HOLDERS
of CWMBS, INC., CHL MORTGAGE PASS
THROUGH TRUST 2006-HYB-2 MORTGAGE
PASS THROUGH CERTIFICATES, SERIES
2006-HYB2, et al.,

          Defendants.

The above matter came before the court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 24, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the court now makes and enters the following order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss [ECF 7] is **GRANTED.**

2. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 15, 2014

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court